IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 07 136 ML |
| | ) | |
| vs. | ) | In violation of §18 U.S.C. § 1956(a)(1)(A)(i) |
| | ) | |
| CHARLIE VU | ) | |
| | ) | |

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

From a time unknown up to and including on or about May 11, 2007, in the District of Rhode Island, and elsewhere, the Defendant, CHARLIE VU, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of two hundred twenty thousand, two hundred seventy dollars in United States Currency ($220,270), which involved the proceeds of a specified unlawful activity, that is the manufacture, importation, sale, and distribution of a controlled substance, with the intent to promote the carrying on of specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is two hundred twenty thousand, two hundred seventy dollars in United States Currency ($220,270), represented the proceeds of some form of unlawful activity,

All in violation of 18 U.S.C. §§1956(a)(1)(A)(i).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief

10-24-07
DATE