Entered into JDIS by: 1403544

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CHARLIE VU

**WARRANT FOR ARREST**

CASE NUMBER: CR07-136ML

RECEIVED
U.S. MARSHALS SERVICE
OCT 24 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHARLIE VU
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

MONEY LAUNDERING

in violation of
Title 18 United States Code, Section(s) 1956(a)(1)(A)(i)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Noel
Signature of Issuing Officer

October 24, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at Jersey City, NJ by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/2007 | CJ Wyant SDUSM | CJ Wyant |
| DATE OF ARREST 10/25/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.