# UNITED STATES DISTRICT COURT

for the District of New Jersey

United States of America

v.

Charlie Vu

Defendant

RECEIVED OCT 2 ? 2007 AT ... WILLIAM T. WALSH CLERK

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 07-3180

IT IS ORDERED on this 25 day of October, 2007, ORDERED that the release of the defendant is subject to the following conditions:

Bail be fixed at $ 350,000 and the defendant be released upon:

(X) Executing a(n) secured/unsecured appearance bond ( ) with co-signor; to co-signors acceptable to pretrial services
( ) Executing an appearance bond and depositing in cash in the registry of the Court _____% of the bail fixed.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;
( ) Execute an agreement to post designated property. Local rule (re: value of property) waived/not waived by the Court.

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

( ) The defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.

(X) The defendant be release in the custody of ~~[illegible]~~ Hoa T Vu (Name of person) if acceptable to PTS

(Address) ______________________

(City and state) ______________________ (Tel. No.) ______________

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: [signature]

(X) The defendant's travel is restricted to (X) New Jersey (X) ~~New York~~ (X) Other Rhode Island for court only
(X) Surrender passport and/or other travel documents to PTS and obtain no new ones
(X) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
( ) Additional conditions: (X) Report to PTS as directed.
( ) Electronic Monitoring by PTS, with release for court appearance, attorney visits, medical emergencies, with prior approval of PTS (cost to be incurred by the defendant).
(X) Drug and/or alcohol testing/treatment as deemed appropriate by PTS.
( ) Surrender of firearms or other dangerous weapons
( ) Mental health treatment as deemed appropriate by PTS.

1) (X) maintain residence as approved by pretrial services
2) (X) report any contact with law enforcement including traffic stops, questioning & arrest.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

3) X Appear in Rhode Island on Nov 2 for initial appearance - USD of District at 2pm and appear at 9:30am for processing by USMS DRI

[signature]
Signature of Defendant

**Directions to United States Marshal**

(X) The defendant is ORDERED released after processing.
(X) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release

Date: October 25, 2007

[signature]
Signature of Judicial Officer

Hon. Patty Shwartz, USMJ
Name and Title of Judicial Officer

(Rev. 9/04)

AO 466 (1/86) Waiver of Rule 40 Hearings

# United States District Court

DISTRICT OF New Jersey

UNITED STATES OF AMERICA

V.

Charlie Vu

## WAIVER OF RULE 40 HEARINGS
### (Excluding Probation Cases)

Case Number: 07-3180

I, Charlie Vu, understand that in the District of Rhode Island, charges are pending alleging violation of ______ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

( ✓ ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

X [signature]
*Defendant*

10/26/07
*Date*

[signature]
*Defense Counsel*
BRIAN J. NEARY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Charlie Vu

PROCEEDINGS: Bail Hrg.

2 6 2007

MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE NO.: 07-3180

DATE OF PROCEEDINGS: 10/26/07

DATE OF ARREST: 10/25/07

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
(X) WAIVER OF HRG.: ___ PRELIM X REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER ___

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( X ) BAIL SET: $250,000
(X ) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED ___
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( X ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG — DATE: ___
( ) DETENTION / BAIL HRG. — DATE: ___
( ) TRIAL: ___ COURT ___ JURY — DATE: ___
( ) SENTENCING — DATE: ___
( ) OTHER: ___ — DATE: ___

APPEARANCES:

AUSA Harvey Bartle

DEFT. COUNSEL Brian Neary, Esq.

PROBATION ___

INTERPRETER ___
Language: ( )

Time Commenced: 3:09
Time Terminated: 3:19
CD No: S07-14

Nadine Mauro
DEPUTY CLERK

AO 92
(Rev. 6/83)

COMMITMENT

| **United States District Court** | DISTRICT<br>New Jersey |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Charlie Vu | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>07-3180 |

The above named defendant was arrested upon the complaint of

charging a violation of USC §

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

DESCRIPTION OF CHARGES:

money laundering

BOND IS FIXED AT
$ Detained pending a bail hearing on 10/26/07 at 2:15

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

October 25, 2007
Date

Patty Shwartz
United States Judge or Magistrate

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Charlie Vu

2 5 2007

PROCEEDINGS: IA/Rule 5

MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE NO.: 07-3180

DATE OF PROCEEDINGS: 10/25/07

DATE OF ARREST: 10/25/07

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER ___

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: ___
( ) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED ___
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

| | |
|---|---|
| ( X ) PRELIMINARY / REMOVAL HRG | DATE: 10/29 - 12:00 |
| ( X ) DETENTION / BAIL HRG. | DATE: 10/26 - 2:15 |
| ( ) TRIAL: ___ COURT ___ JURY | DATE: |
| ( ) SENTENCING | DATE: |
| ( ) OTHER: | DATE: |

APPEARANCES:

AUSA Harvey Bartle

DEFT. COUNSEL Brian Neary's office - retained

PROBATION ___

INTERPRETER ___
Language: ( )

Deft. Remanded pending bail/detention hearing.

Time Commenced: 3:09
Time Terminated: 3:19
CD No: S07-14

Nadine Mauro
DEPUTY CLERK

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CRIMINAL DOCKET FOR CASE #: 2:07-mj-03180-PS All Defendants

Case title: USA v. VU

Date Filed: 10/25/2007

---

Assigned to: Magistrate Judge Patty Shwartz

**Defendant**

**CHARLIE VU (1)**

represented by **BRIAN JOSEPH NEARY**
190 MOORE STREET
HACKENSACK, NJ 07601
(201) 488-0544
Email: brianneary@rcn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1956-0100.F | |

---

**Plaintiff**

**USA**

represented by **HARVEY BARTLE, IV**
OFFICE OF THE U.S. ATTORNEY
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
973-645-2700
Email: harvey.bartle@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2007 | | Arrest (Rule 5) of CHARLIE VU (nm, ) (Entered: 10/30/2007) |
| 10/25/2007 | 1 | Minute Entry for proceedings held before Judge Patty Shwartz :Initial Appearance in Rule 5 Proceedings as to CHARLIE VU held on 10/25/2007 (Tape #CD S07-14.) (nm, ) (Entered: 10/30/2007) |
| 10/25/2007 | 2 | TEMPORARY COMMITMENT Issued as to CHARLIE VU. Detention/Bail hearing scheduled for 10/26/07. (nm, ) (Entered: 10/30/2007) |
| 10/25/2007 | | Attorney update in case as to CHARLIE VU. Attorney BRIAN JOSEPH NEARY for CHARLIE VU added. (nm, ) (Entered: 10/30/2007) |
| 10/26/2007 | 3 | Minute Entry for proceedings held before Judge Patty Shwartz :Bond Hearing as to CHARLIE VU held on 10/26/2007 (Tape #CD S07-14.) (nm, ) (Entered: 10/31/2007) |
| 10/26/2007 | 4 | WAIVER of Rule 5 Hearings by CHARLIE VU (nm, ) (Entered: 10/31/2007) |
| 10/26/2007 | 5 | ORDER Setting Conditions of Release as to CHARLIE VU (1) $250,000 PR with additional conditions.. Signed by Judge Patty Shwartz on 10/26/07. (nm, ) (Entered: 10/31/2007) |
| 10/26/2007 | | appearance Bond Entered as to CHARLIE VU in amount of $ 250,000, (nm, ) (Entered: 10/31/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2007 08:36:39 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-mj-03180-PS Start date: 1/1/1970 End date: 11/1/2007 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |