AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Charlie Vu

APPEARANCE

CASE NUMBER: CR 07-136 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Charlie Vu

I certify that I am admitted to practice in this court.

Nov 1, 2007
*Date*

*Signature*

William C Dimitri 3129
*Print Name* *Bar Number*

462 Broadway
*Address*

Prov RI 02909
*City* *State* *Zip Code*

273-9092 331-1898
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.