UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF RHODE ISLAND

**APPEARANCE**

UNITED STATES OF AMERICA :

Vs. : Case Number: 07 CR 136ML

CHARLIE VU :

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

COMES NOW, Defendant, Charlie Vu, and hereby moves that Attorney Walter Underhill be admitted **PRO HAC VICE** in the above case as associate trial counsel identified below, on the following grounds:

- The case involves criminal charges brought against the defendant and Attorney Underhill (along with Brian Neary Esq. who will also likely enter his appearance)is the defendant's counsel of choice.

- Counsel is a member of the Bar of the Commonwealth of Massachusetts, having been admitted in December 1980 and has no pending or prior disciplinary proceedings. He remains a member in good standing of said bar, the United States District Court for the District of Massachusetts and the First Circuit Court of Appeal.

-

Respectfully Submitted,

By William C. Dimitri,Esq.

Attorney for Defendant

*/s/ William C. Dimitri*

RI Bar # 3129
462 Broadway
Providence, RI 02909
(401) 273-9092
(401) 331-1898 (Fax)

Dated: December 8, 2007

**ATTORNEY'S CERTIFICATE FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the State of Rhode Island, and that my eligibility to practice before the court has not been restricted in any way

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than a minor traffic offense.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in the district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and

will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of any parties in the case.

I do hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it is related to the participation and responsibilities of Local associate counsel.

*/s/ Walter Underhill*
Attorney Walter Underhill
MA. Bar # 506300

66 Long Wharf
Boston MA 02110
617-523-5858
Fax: 617-523-7834

*/s/ William C. Dimitri*
Local Associate Counsel
RI Bar # 3129

462 Broadway
Providence RI 02909
401-273-9092
Fax: 401-331-1898

---

ORDER: This motion is hereby ______________________

______________________________________
U.S. DISTRICT JUDGE

Date: ______________________________________

CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THE WITHIN MOTION AND ATTORNEY'S CERTIFICATE WERE SERVED UPON MARY ROGERS, A.U.S.A ON THE 8TH DAY OF DECEMBER, 2007 VIA ELECTRONIC FILING.

*/S/WILLIAM C. DIMITRI*
WILLIAM C. DIMITRI