will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of any parties in the case.

I do hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it is related to the participation and responsibilities of Local associate counsel.

*/s/ Walter Underhill*
Attorney Walter Underhill
MA. Bar # 506300

66 Long Wharf
Boston MA 02110
617-523-5858
Fax: 617-523-7834

*/s/ William C. Dimitri*
Local Associate Counsel
RI Bar # 3129

462 Broadway
Providence RI 02909
401-273-9092
Fax: 401-331-1898

---

ORDER: This motion is hereby ______________________

______________________________________
U.S. DISTRICT JUDGE

Date: ______________________________