UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. Case Number: 07 CR 136ML

CHARLIE VU

MOTION FOR CONTINUANCE AND ENLARGEMENT OF TIME

NOW COMES the defendant, Charlie Vu by and through counsel and moves that this Honorable Court continue this matter to the February trial calendar and simultaneously grant an enlargement of time in which to file motions and comply with all other previous orders of the court (Jury instructions et al).

In support of this motion the defendant avers that it was only in the last couple of days (December 10th) that the motion for Pro Hac Vice was granted (although counsel takes responsibility for the initial delay) and now that it has been granted visiting counsel would like the opportunity to potentially prepare some motions before this case is called for trial.

The defendant by and through counsel respectfully moves that this matter be reassigned to the February trial calendar and that all other dates be enlarged accordingly.

CHARLIE VU
By his attorneys,

*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

*/s/ Walter Underhill*
Walter Underhill, Esq.
66 Long Wharf
Boston, MA 02110

CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THIS MOTION WAS SERVED UPON MARY ROGERS, A.U.S.A. VIA ELECTRONIC FILING ON THE 13TH DAY OF DECEMBER, 2007.

*/s/ William C. Dimitri*