UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. Case Number: 07 CR 136ML

CHARLIE VU

DEFENDANT CHARLIE VU'S SECOND
MOTION FOR CONTINUANCE AND ENLARGEMENT OF TIME

NOW COMES the defendant, Charlie Vu by and through counsel and moves that this Honorable grant him an enlargement of time in which to file motions and comply with all other previous orders of the court (Jury instructions et al)and consequently continue this matter to the March trial calendar.

In support of this motion the defendant avers that lead counsel Walter Underhill has been sick since December 31, 2007 and first visited his physician on January 3rd, 2008. He was diagnosed with pneumonia/ severe bronchitis, sore throat, sinus infection and was place on a course of antibiotics over the past few weeks. Following his doctor's visit, counsel was home ill for through that and the following week. A follow up visit to his physician showed an ear ache secondary to the sore throat and was prescribed another ten (10) course of antibiotics.

The defendant by and through counsel respectfully moves that this matter be reassigned on the trial calendar and that all other dates be enlarged accordingly.

CHARLIE VU
By his attorneys,

*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

*/s/ Walter Underhill*
Walter Underhill, Esq.
66 Long Wharf
Boston, MA 02110

CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THIS MOTION WAS SERVED UPON MARY ROGERS, A.U.S.A. VIA ELECTRONIC FILING ON THE 18TH DAY OF JANUARY, 2008.

*/s/ William C. Dimitri*