UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 07-CR-136-ML |
| | ) | |
| CHARLIE VU | ) | |

## DEFENDANT'S PRETRIAL MEMORANDUM

The defendant, Charie Vu, is charged in a one count indictment alleging a violation of 18 U.S.C. 1956 Sec. (a)(1)(A)(i): Money Laundering.

## ELEMENTS OF CRIME

The elements of the statute the defendant is charged with is as follows:

A defendant violates the above section if in fact he

1. knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity;
2. conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity;
3. with the intent to promote the carrying on of specified unlawful activity.

## STATEMENT OF FACTS

A brief synopsis of the facts as gleaned from the very limited discovery provided to defense counsel is as follows:

On May 11, 2007, the Defendant was operating his vehicle – a 1995 Pathfinder – in the State of Rhode Island. One or more Rhode Island State Police Troopers pulled him over to the side of the roadway. The Defendant produced a New Jersey driver's license, and informed the Troopers that he had visited his son at the University of Rhode Island and was on his way back to New Jersey.

The Troopers saw a blue duffel bag in the rear of the Defendant's car and – upon their claim – the Defendant 'consented' to let them search through it. Inside the bag, the Officers discovered a large amount of United States currency -- $220,270 to be precise – contained in a number of 'vacuum sealed bags.' According to the Police, the Defendant disclaimed any knowledge of the money or, for that matter, how it came to have been placed in his vehicle.

The Defendant was transported to one of the Rhode Island State Police Barracks. Immigrations and Customs Enforcement ("ICE") Agent William Walker was present at the Barracks, along with the Resident Agent in charge, one David Ricchio. The two ICE Agents continued the interrogation of the Defendant, in response to which he allegedly made statements. The Defendant was ultimately released, yet on later dates he was further interrogated, and made further statements.

## EVIDENTIARY ISSUES

At this time the defendant has been notified in the Government's Discovery Letter that it intends to call Special Agent William Walker, from Immigration and Customs Enforcement, as an expert witness to testify regarding money laundering. The defense has not been provided any curriculum vitae or other qualifications of the intended witness or the basis of his opinion. As such, at this time, this is the only evidentiary issue that the defense is aware of that the Court should consider prior to trial other than the pending motion to suppress filed by the defendant.

## OTHER OUTSTANDING ISSUES

Presently there is a motion to suppress pending in this matter.

**TIME REQUIRED FOR THE DEFENSE TO PRESENT ITS CASE**

At this time the defendant is unable to address this issue due to the fact that there is outstanding discovery not yet provided pursuant to the Jencks Act.

Respectfully submitted,
CHARLIE VU, Defendant,
By his Counsel:

‘/s/Walter H. Underhill, Esquire’

WALTER H. UNDERHILL, ESQ.
66 Long Wharf, 4th Floor
Boston, Massachusetts 02110
Tel (617) 523-5858
Massachusetts BBO #506300

/s/ *William C. Dimitri, Esq.*

William C. Dimitri, Esq. 3129
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

DATED: February 13, 2008

CERTIFICATION

I certify that a true copy of this pretrial memorandum was served upon Mary Rogers, AUSA via electronic means this 26th day of February, 2008.

*/s/ William C. Dimitri*