AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

United States
V.
Charlie Vu

## EXHIBIT AND WITNESS LIST

Case Number: CR 07-136ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Gov't's AUSA Mary E. Rogers | William C. Dimitri; Walter H. Underhill |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Suppression Hearing 3/4/2008 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | → | W-1 Marc Lidsky |
| | | | | → | W-2 William Walker |
| | | | | → | W-3 David Riccio |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.