UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 07-CR-136-ML |
| | ) | |
| CHARLIE VU | ) | |

DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY

The defendant, Charlie Vu, through counsel hereby notifies this Honorable Court that it is his intent to enter a plea of guilty to the indictment in this matter. Pursuant to the Court's order, counsel notified the clerk's office by phone on April 16, 2008 and by phone and e-mail on April 17, 2008. Counsel had misplaced his e-filing login information and local counsel was out of state on a family vacation and unable to file this notice electronically.

Respectfully submitted,
CHARLIE VU, Defendant,
By his Counsel:

'/s/Walter H. Underhill, Esquire'

WALTER H. UNDERHILL, ESQ.
66 Long Wharf, 4th Floor
Boston, Massachusetts 02110
Tel (617) 523-5858
Massachusetts BBO #506300

DATED: April 17, 2008

CERTIFICATION

I HEREBY CERTIFY THAT A TRUE COPY OF THIS MOTION WAS SERVED UPON MARY ROGERS, A.U.S.A. VIA ELECTRONIC FILING ON THE 13TH DAY OF APRIL 18, 2008.

‘/s/Walter H. Underhill, Esquire’