UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) NO. 07-CR-136-ML
)
CHARLIE VU )

# MOTION TO CONTINUE SENTENCING

Now comes the Defendant, Charlie Vu, and moves that this Honorable Court continue the sentencing in his case for three weeks in light of the United States Supreme Court's decision in United States v. Santos, 128 S. Ct. 2020 (June 2, 2008).

On August 18, 2008 defense counsel first became aware of the case of United States v. Santos, 128 S. Ct. 2020 (June 2, 2008). In that case the United States Supreme Court clarified the definition of "proceeds"18 U.S.C. 1956 (a) (1) (A) (i), the same statute and section under which the Defendant is charged , as "profits" of criminal activity as opposed to "receipts" of criminal activity. It is unclear in light of the United States Supreme Court's clarification of the meaning of the term "proceeds" as used in 18 U.S.C. 1956 (a) (1) (A) (i) to be the "profits" of as opposed to "receipts" of criminal activity, whether Mr. Vu's plea was sufficiently supported by a factual basis provided to the court by the Government and admission by the defendant. As such the defendant's plea may not be valid under the Supreme Court's clarified definition of proceeds as "profits" as opposed to "receipts" of illegal activity. Additionally, the amount of money attributed to the defendant pursuant to the U.S.S.G. 2S1.1 and 2B1.1(b)(1) may be calculated to be substantially less pursuant to the Santos decision.

At the time of the defendant's plea neither the Government, the Defense nor the Court had the benefit of the Santos decision. In light of the recent decision in Santos and the possible effects it may have on the integrity of the defendant's plea, conviction and sentencing guidelines, the defendant requests this Court to continue this matter to discuss the issue with the Government and effectively assess the applicability of Santos to the Defendant's case prior to any further proceedings in this matter.

Counsel has called A.U.S.A. Mary Rogers regarding this issue, however, he was informed that she was out of the office today. Defense counsel left a voice mail informing her of these issues and his intent to file this motion.

Respectfully submitted,

CHARLIE VU, Defendant,
By his Counsel:

'/s/Walter H. Underhill, Esquire'
WALTER H. UNDERHILL, Esquire
66 Long Wharf, 4th Floor
Boston, Massachusetts 02110
Telephone: (617) 523-5858
Facsimile: (617) 523-7834
Massachusetts BBO #506300; and

'/s/ William C. Dimitri, Esquire
WILLIAM C. DIMITRI, Esquire
462 Broadway
Providence, Rhode Island 02909
Telephone: (401) 273-9092
Facsimile: (401) 331-1898
Rhode Island Bar # 3129

DATED: August 18, 2008