August 9, 2008

To Whom It May Concern:

This is a character statement for Charlie Vu. The current series of events that have been linked to Charlie is an exception to his true character. In general, he is a kind soul with good intentions. He has a high level of integrity for himself and for the people he chooses to surround him. In keeping with his true character, I am certain that this is a life lesson he will not take lightly and grow from. I am sure that he will do everything in his power to stay on course and continue to be a model citizen to society.

Sincerely,

Hien Bui

August 8, 2008

To Whom It May Concern,

I've known Charlie Vu for over 10 years and he has been a joy to know. He has served his country in the Navy and has always shown dedication in everything he has done. He has taken care of my girls and is a very responsible. He has been a great example for them and they adore him.

It is very unfortunate that Charlie was caught in this situation. I was very surprised to hear of his trouble, being that he has always done the right thing. I just hope that he gets the opportunity to make things right and to prove to be a fine citizen. Please feel free to contact me with any further questions.

Sincerely,

Connie Bui

151 Specht Road

Pottstown, PA 19464

8/10/08

**To whom it might concern:**

**Charlie has always seemed to be a morally sound gentleman. I don't know what caused Charlie to put himself in this situation but he is very remorseful and would greatly appreciate an opportunity to turn his life around. He is an upstanding person and I know if he was given the chance that he would make right with society.**

**Sincerely,**

**Tyler Bui**