IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-136ML |
| | ) | |
| CHARLIE VU | ) | |

**GOVERNMENT'S MOTION TO ENLARGE TIME TO RESPOND**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Mary Rogers, Assistant U.S. Attorney, and hereby move for additional time to respond to the Defendant’s Motion to Withdraw His Plea and Defendant’s Addendum to Defendant’s Sentencing Memorandum in the above-captioned case. The government seeks a continuance to September 19, 2008.

Both the government and the Defendant have made attempts to obtain the transcript of the Defendant’s change of plea hearing. The stenographer who was present at that hearing is out of her office until Tuesday, September 2, 2008. The government believes that the transcript will assist both parties in effectively addressing the issues before the Court. The government has spoken with the Defendant’s counsel and he has no objection to this motion to enlarge.

The Defendant has pled guilty and therefore the Speedy Trial Clause is not implicated. See 18 U.S.C. § 3161.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On this 28th day of August, 2008, I caused the Government's Motion To Enlarge Time To Respond to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Walter H. Underhill, Esq.
66 Long wharf, 4th Floor
Boston, MA 02110

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

/s/ MARY ROGERS

MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov